# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH EX REL. MUWSA GREEN, | : No. 9 EM 2015 |
| Petitioner | : |
| v. | : |
| GWENDOLYN BRIGHT, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**, and the court of common pleas is **DIRECTED** to adjudicate the PCRA petition within 90 days. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.